

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00352-CR

| | | |
|---|---|---|
| TOBY WAYNE ZIMMERMAN, Appellant | § | On Appeal from the 415th District Court |
| | § | of Parker County (CR19-0202) |
| V. | § | October 29, 2020 |
| | § | Memorandum Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel